UNITED STATES DISTRICT COURT
FIRST DISTRICT OF RHODE ISLAND

STATE OF R.I. ,
WOONSOCKET POLICE DEPT.
KATERINA MICHALOPOULOS DANDY
PLAINTIFF's

vs

NOEL D. E. DANDY
DEFENDANT

CA. NO. 610419122
CA. NO. P3-2004-3830a

CA. NO.

JURY DEMAND
V,VII of U.S. CONSTITUTION .

CA 05 037

DEFENDANT'S NOTICE OF REMOVAL

Defendant Noel D. E. Dandy files this notice of removal under 28 U.S.C. §1446(a) .

SPECIAL REMOVAL STATUTES

Fraud in arraignment at the Woonsocket police station & at the State District Court . stating defendant was charged with Arm Robbery & stated he was found guilty . Civil Rights Cases , 28 U.S.C. §1443 , 42 U.S.C. §1981. Equal Rights Under the Law, 42 U.S.C. §1983. Civil Action for Deprivation of Rights, 42 U.S.C. §1988. Proceeding in Vindication of Civil Rights denied Trial & Appeal & Council in his favor .

A. INTRODUCTION

1. Plaintiff is State of R.I. , Woonsocket Police Dept. , Katerina Michalopoulos Dandy ; Defendant is Noel D. E. Dandy.

Removable Date 1/14/05

2. On 10-14-04 Plaintiff's sued/arraigned/charged the defendant with assault & Battery in the Dorrance St. Family/District Ct..

3. Although this case was not removable when originally filed, it has become removable -, because of an "other paper" called Appeal Transmittal were Defendant was "Denied" an appeal . See 28 U.S.C. §1446(b) . On 11-22-04 Defendant was denied a jury trial , defendant refused to interact with this process without a jury , defendant received judgment based on the police report . see letter from (PD) office stating to return to (GJC) on Feb. 2, 2005 after I already appealed the case to (S.CT.). Defendant was found not guilty of assault & battery , but guilty of being disorderly , defendant took a prompt appeal to Superior Ct. See Appeal Tranmittal defendant was "denied" an Appeal to this Superior Ct. . I was informed that (S.C.) was in 5(g) at (GJC) by (PD).

B. BASIS FOR REMOVAL

4. Is Fraud & violation of my Civil Rights -, U.S.C. §1443 , 42 U.S.C. §1981, §1983, §1988 expressly provides for the removal of this suit . And a letter dated 1 /14 /05 to appear in a Ct. that I already appealed from ,& threats of arrest . Defendant was denied access to (911) tape , denied a jury trial, & denied an appeal. Defendant also has had his Constitutional /Civil rights violated by different judges in this Six District / Superior Court , & both courts entered into/breached agreements in landlord tenant cases , a violation of Article 1 section 10

2

of the United States Constitution . Defendant states both Courts were prejudice towards defendant , Unfavorable State Judges, Defendant states this is the second time this has taken place.

5. All pleadings , process , orders, & other filings in the state court action are filed to this notice as required by 28 U.S.C. §1446(a) .

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district & division embrace the place where the removed action has been pending .

7. Defendant will file promply a copy of this notice of removal with the clerk of the state court where the action has been pending.

C. JURY DEMAND

8. Plaintiff did demand a jury trial in the state court action. And demands a jury trial in this court as well .

D. CONCLUSION

9. Removal is base on Special Removal Statutes DEFENDANT states a series of event(s) which lead to this false charges , & wishes to sue all plaintiff's , and all who are responsible for this. And all who denied the defendant his right to appeal & discovery. 28 U.S.C. §1443 , 42 U.S.C. §1981,§1983,§1988 & Defendant wants to be forever excused from State Court. The Defendant is unable to afford council and is entitled to "DUE PROCESS" under the U.S. Constitution . The defendant will win with an Atty. and deserved the right to an Acquittal . Being a U.S. citizen born at Woonsocket Hospital in Woonsocket, R.I. on 12-13-69 I am entitled to the Laws of the United States Constitution mainly Article I (1789) , IV (1789), V(1789), VI(1789), VII(1789), VIII(1789), IX(1789), X(1789), XI(1795), XIII(1865), XIV(1868).

CERTIFICATION OF SERVICE

I Noel D. E. Dandy certify that I mailed a copy to State of R.I., Woonsocket Police Dept. , Katerina Michalopoulos Dandy, Superior Court , at their address's . District Ct., Providence. The office of the Public Defender & I will leave a extra copy with the State of R.I. District Ct. because of a no contact order between Noel & Katerina she can be served at her job or home 401 Bernon St. Woonsocket R.I. 02895.

Noel D. E. Dandy x.

P.O. 1403 Woonsocket, R.I. 02895
(401) 765-8694
2/1/05
Noel D. E. Dandy

2005 FEB -1 P 3:15
FILED

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| | Sixth Division | 04-2710-AR |

STATE EX REL VS. DEFENDANT (NAME AND ALIAS): Noel D. Dandy AKA/John Doe

DEFENDANT ADDRESS AND PHONE: 401 Bernon Street 3rd Floor Woonsocket, R.I. 02895
(STREET / CITY / STATE / PHONE)

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| 12/13/69 | | 036467860 | |

| OFFENSE DATE | DIVERS DATE | OFFICER/COMPLAINANT |
|---|---|---|
| 10/9/04 | ☐ | Ptlm. Smith |

POLICE DEPT./COMPLAINANT ADDRESS: Woonsocket/242 Clinton Street

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| PRE-ARRAIGN CONF DATE | TRIAL DATE |
| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL 10-14-04 |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X [signature] | 10-9-04 | X [signature] | 10/9/04 |

## INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| 10/9/04 | $ 500 Cash | 10/14/04 | [signature] |

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ | | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | X |

**COUNT 1** STATUTE(S) VIOLATED 11-5-3 ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

did make a Domestic Assault and Battery on Katreina Dandy said defendant's wife in violation of 11-5-3 of the General Laws, as amended, as set forth in 12-29-5, as amended.

**DISPOSITION**
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

**SENTENCE IMPOSED**

**PROCEEDING** ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER

APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 2** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**DISPOSITION**
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

**SENTENCE IMPOSED**

**PROCEEDING** ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER

APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 3** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

The state has W/P/D clear knowledge of noel's only arrest and known or should have known that he was never ever charged with armed Robbery / and never found guilty of armed Robbery which they both continue to use to this Day I was shown a paper at the WPD. Stateing arm Robbery / 1 year Probation.

I was found not guilty of [redacted] all Robbery charges and guilty on a simple assault verbally putting him in fear.

medical Expert Examination to determine if medication is needed my medical need are not being met. (Domestic) win (order) and A Legal Expert witness in [redacted] the Robbery Charge / cases cases,

Friday till tuesday no Trazadone or Paxil

Someone could have called it in. But Refused

motor skill's not functioning properly, and (Being in Segragation) Lock down 4 day's no

[illegible]

**STATE OF RHODE ISLAND**
**DISTRICT COURT**
**CRIMINAL COMPLAINT**

0900 5980

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| | Sixth Division | 04-2710-AR |

STATE EX REL — VS. DEFENDANT (NAME AND ALIAS): Noel D. Dandy AKA/John Doe

DEFENDANT ADDRESS AND PHONE: 401 Bernon Street 3rd Floor Woonsocket, R.I. 02895 (STREET / CITY / STATE / PHONE)

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|---|
| 12/13/69 | | 036467860 | | | |

| OFFENSE DATE | ☐ DIVERS DATE | OFFICER/COMPLAINANT | PRE-ARRAIGN CONF DATE | TRIAL DATE |
|---|---|---|---|---|
| 10/9/04 | | Ptlm. Smith | | |

| POLICE DEPT./COMPLAINANT ADDRESS | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
|---|---|---|
| Woonsocket/242 Clinton Street | | 10-14-04 |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X | 10-9-04 | X | |

## INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | 10/14/04 | |

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| | ☑ YES ☐ NO | ☑ YES ☐ NO | | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ | | | X |

**COUNT 1** — STATUTE(S) VIOLATED: 11-5-3/A — ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

did make a Domestic Assault and Battery on Katreina Dandy said defendant's wife in violation of 11-5-3 of the General Laws, as amended, as set forth in 12-29-5, as amended.

**DISPOSITION**
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☒ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

**SENTENCE IMPOSED**
DCR 31 T RIGL 12-17-14, guilty Domestic Disorderly, 6 months probation, BVCS, no contact Katrina Dandy +DAT

**PROCEEDING** ☐ ARRAIGN ☐ PRE TRIAL ☒ TRIAL ☐ OTHER

APPEAL TAKEN ☐ — JUDGE X — DATE 11/22/04

**COUNT 2** — STATUTE(S) VIOLATED: — ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**DISPOSITION**
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

**SENTENCE IMPOSED**

**PROCEEDING** ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER

APPEAL TAKEN ☐ — JUDGE X — DATE

**COUNT 3** — STATUTE(S) VIOLATED: — ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

OFFICE OF THE PUBLIC DEFENDER
GARRAHY JUDICIAL COMPLEX
One Dorrance Plaza
Providence, RI 02903
General Information : (401) 458-3050
Family Court: (401) 458-3480
Fax: (401) 458-3060

January 14, 2005

Mr. Noel Dandy
PO Box 1403
Woonsocket, RI 02895

RE: **State of Rhode Island v. Noel Dandy**
P3-2004-3830a

Dear Mr. Dandy,

Please call me so that we can make an appointment to meet.

As you know, your next court date is February 2, 2005, at 9:30 am in Courtroom 5G on the fifth floor of the Garrahy Judicial Complex, One Dorrance Plaza, Providence RI.

I believe that I will be able to get your case dismissed.

I would like to meet with you before February 2, 2005.

Please call me at 458-3053. Thank you.

If I do not hear from you then I will call you at the end of the week.

Sincerely,

Daniel E. Ciora,
Assistant Public Defender

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

OFFICE OF THE PUBLIC DEFENDER
100 North Main Street, 4th Floor
Providence, RI 02903

**General Information**
(401) 222-3492

DECEMBER 24, 2004

NOEL DANDY
500 PROVIDENCE STREET
WOONSOCKET, RI 02895

Dear MR. DANDY

Please be advised that I have been assigned to represent you in your case pending in Providence Superior Court. You are scheduled for a

**Pretrial conference on**

**FEBRUARY 2, 2005**

**In Courtroom 5G, fifth floor at the**
**Garrahy Judicial Complex, One Dorrance Plaza, Providence RI**
**9:30 AM**

You need not appear in court for your Determination of Attorney on , however, you **MUST** appear at the Pretrial. If you fail to appear at the Pretrial the Court will issue a **BENCH WARRANT** for your arrest.

Please contact me at (401) 458-3050 when you receive this letter I need to talk to you about your case, or if you have a problem appearing on the date scheduled.

Sincerely,

Daniel E. Ciora (CB)
DANIEL E. CIORA
Assistant Public Defender

ceb

**Administration**
(401) 222-1540
(401) 222-3287 Fax

**Superior Court Division**
(401) 222-1540
(401) 222-3287 Fax

**District Court Division**
(401) 222-1520
(401) 222-3289 Fax

**Appeals Division**
(401) 222-1510
(401) 222-3289 Fax

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## DISTRICT COURT

**APPEAL TRANSMITTAL**

| COUNTY | DIVISION/LOCATION | CASE NO(S): |
|---|---|---|
| Prov | 6th | 61-04-19122 |

| DEFENDANT | PERSON CLAIMING APPEAL |
|---|---|
| Noel Dandy | Δ |

| DISPOSITION DATE | APPEAL DATE | BAIL ON APPEAL |
|---|---|---|
| 11.22.04 | 11.22.04 | 500 PR |
| DATE SENT TO SUPERIOR COURT | SIGNATURE - DISTRICT CT CLERK | SUPERIOR CT DATE STAMP |
| 11.24.04 | [signature] | |
| DATE REC'D IN SUPERIOR COURT | SIGNATURE - SUPERIOR CT CLERK | |
| | | |

APPEAL

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# BAIL AND RECOGNIZANCE CONDITIONS

☐Superior Court ☐Family Court ☑District Court

_______________ County/Division

| 1. STATE OF RHODE ISLAND vs. NOEL DANDY | 2. CASE NO. 6104191 22 |
|---|---|

## ORDER

**3. PERSONAL RECOGNIZANCE.**
It is hereby ordered that the above defendant be released on his/her own recogniznce in the amount of $ 500.00.

**4. BAIL**
It is hereby ordered that ☐cash bail/ ☐surety bail for the above defendant be set at $_______________.
Monetary conditions for bail have been imposed for the reasons that follow:_______________

☐The amount of bail does not exceed the guidelines.
☐The amount of cash or surety bail does exceed the guidelines, and the reasons for departing from the guidelines are as follows: _______________

## CONDITIONS OF RELEASE

5. THE FOLLOWING ARE THE CONDITIONS UNDER WHICH YOU, THE UNDERSIGNED, ARE BEING RELEASED TODAY:

1. You must appear in Court as required for all scheduled hearings.
2. You must keep the peace and be of good behavior.
3. You may not leave the state while this matter is pending without permission of the Court.
4. You must notify your attorney, bondsman, and the Clerk of the Court of any change of address.
5. You understand that when recognizance has been set in the District Court on a felony charge, it will remain in effect until arraignment in Superior Court when a new recognizance will be set.
6. The following are special conditions you must abide by:_______________
7. ☑This is a domestic violence offense. You are ordered to have no contact with: KATRINA DANDY _______________ Violation of this order is a criminal offense under RIGL 12-29-4 and will subject a violator to arrest.
8. ☐ I have read and understand the Spanish version of this form.

**Note: You understand that if you violate any condition of your release, a warrant for your arrest may be issued immediately. After arrest and hearing, if you are determined to have violated your recognizance, the terms and conditions of any further release will be redetermined. At that time you could be held without bail, have your bail increased, or you could be found in contempt of Court. You also understand that the state may proceed against your sureties for violation of this recognizance.**

I AGREE TO COMPLY FULLY WITH ALL OF THE OBLIGATIONS IMPOSED ABOVE ON MY RELEASE, AND I AGREE THAT MY CASH BAIL MAY BE APPLIED TO COURT COSTS. ORDER SIGNED BY:

X Noel D. E. Dandy [signature] — Defendant
[signature] — Judge/Clerk

X _______________ Address
11-22-04 — Date

I/We agree to all of the conditions set out above.

_______________ Surety
_______________ Surety

**DISTRIBUTION**
WHITE-COURT, YELLOW-DEFENDANT