AO 240 (Rev. 9/96)

# United States District Court

FOR THE FIRST DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND ,
WOONSOCKET POLICE DEPT.,
Plaintiff

V.

NOEL D. E. DANDY
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA 05 037 T

I, NOEL D. E. DANDY declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant ☒ other DEFENDANT

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration N/A

   Are you employed at the institution? NO Do you receive any payment from the institution? ______

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   LAST EMPOLYMENT 1991. name N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

(3)

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

State of Rhode Island

v. CA No. 05-37T

Noel D.E. Dandy

**ORDER TO SHOW CAUSE**

The plaintiff is hereby ordered to show cause in writing on or before **March 9, 2005,** why this case should not be dismissed for failure to state a claim upon which relief may be granted.

It appears from the complaint that the plaintiff is currently being prosecuted in Rhode Island Superior Court for assault and battery and plaintiff is seeking to remove that case to this court. However, there is no basis for removing a pending state court prosecution to the federal court. An individual convicted of a crime in state court who exhausts all post-conviction remedies available to him in state court may challenge the conviction or sentence in federal court by bringing an action pursuant to 28 U.S.C. § 2254.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Feb. 16 , 2004

H

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF State of RI VS. Noel D.E. Dandy

FOR Attorney, Experts

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Noel D.E. Dandy

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☒ Misdemeanor

Assault + Battery

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: N/A

**IF YES**, how much do you earn per month? $ N/A

**IF NO**, give month and year of last employment. How much did you earn per month? $ N/A

If married is your Spouse employed? ☐ Yes ☐ No

**IF YES**, how much does your Spouse earn per month? $ N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

**IF YES**, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $437.00 | from SS I / SSDI for 2004 |
| 503+137=640 | from Jan - 2005 |
| | SSI / Disability |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No **IF YES**, state total amount $ N/A

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

**IF YES**, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| -50 | 1978 Buick Electra 225 |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
X MARRIED
___ WIDOWED
X SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
Katerina Micholopoulos Dandy wife
Cecelia D. Dandy She claims I pay
Noel X. Dandy Nothing I believe
Nickolas Dandy I pay over $600 per month
or they Receive over 600 Because of SSDI

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent & Garage | $ | $ 75 per. |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2-1-05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) Noel D.E. Dandy