**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

State of Rhode Island

v. CA No. 05-37T

Noel D.E. Dandy

**ORDER TO SHOW CAUSE**

The plaintiff is hereby ordered to show cause in writing on or before **March 9, 2005**, why this case should not be dismissed for failure to state a claim upon which relief may be granted.

It appears from the complaint that the plaintiff is currently being prosecuted in Rhode Island Superior Court for assault and battery and plaintiff is seeking to remove that case to this court. However, there is no basis for removing a pending state court prosecution to the federal court. An individual convicted of a crime in state court who exhausts all post-conviction remedies available to him in state court may challenge the conviction or sentence in federal court by bringing an action pursuant to 28 U.S.C. § 2254.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Feb. 16 , 2004

SCANNED