UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA. NO. 05-37T

STATE of R.I.

v.

Noel D. E. Dandy
DEFENDANT

RESPONSE TO SHOW CAUSE ORDER

1). The defendant Noel D. E. Dandy has "BRAIN DAMAGE" , & other injuries to spine & mind as a result of being injured on "FEDERAL PROPERTY". And can prove such . As for "Failing to State a Claim Upon which Relief May be Granted , the defendant has Brain Damage but he did State somethings in Section (D) of Notice of Removal.

see complaint . Filed with response .

2). Defendant States Controversy with the State of R.I. Article III Section 2 of the U.S. Constitution provides this Court with Jurisdiction .

see Page 8 lines 1-20 in Transcript Dandy v U.S. 04-449(ML) which is in the Court of the U.S. dated 2-10-2005.

Dandy states he was threaten by the State Police after filing a State Lawsuit against the Woonsocket Police Dept. .

3). This case was never going to Superior Ct. until after I filed a notice of removal . I was informed Superior Court was on the 5th Flr. on Dorrance St. which is untrue . see the Address were to appear in Atty. Ciora's letter dated Dec. 24, 2004 .

4). I have appeared twice since removal both times it was continued , & I was given a name of a Atty. but not a phone no. , or a address . I spoke with over 120 Atty.'s & not one person could help me for my personal injury , or Civil Rights , Police Misconduct .

Noel D. E. Dandy
P.O. BOX 1403 Woonsocket, R.I.
02895 (401) 765-8694
3-9-05

Noel D. E. Dandy



5