THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PROVIDENCE, R.I.

THE WOON. POLICE DEPT.,
& THE STATE OF R.I.

CA. NO. 05-037T

V

NOEL D. E. DANDY
Defendant.

MOTION TO TRANSFER THE CASE TO A MORE
CONVENIENT FORUM UNDER 28 USC §1404 (a)
RULE NONE .

REFERENCES . Wright , Miller & Cooper, 15 Federal Practice & Procedure 2d §§3841-3855(1976); 17 Moore's Federal Practice 3d ch. 111 (2002).

GROUNDS : 1). After the treatment I received In (2) contract cases where the state violated Art. 1 sect. 10 of the United States Constitution / and took my property / and Eviction as well as threats this forum is very unfair / inconvenient to the defendant Dandy . See : Dandy v. State of R.I. 00-608(ML), Tran v. Dandy , Muccinni v. Dandy , State v. Dandy 90 Superior CT., Dandy v. WPD. 98 , see complaint Dandy v. U.S. 04-449(ML), Dandy v. Rogers in Superior CT. . The defendant has never had a fair trial in State CT. .

2). After the above statement are investigated this U.S. Dist. Ct. will clearly see Dandy has never seen JUSTICE the transfer will be in the Interest of Justice.



6

## TRANSFER IN THE INTEREST OF JUSTICE

## 28 U.S.C. §1404(a), §1406(a).

The Court may transfer this case to The United States District CT. if (1) The defendant is subject to the jurisdiction of the proposed form, (2) Venue is proper in the proposed forum, & (3) the Transfer is in the interest of Justice .

Goldlawr, Inc. v. Heiman, 369 U.S. 463, 467, 82 S.CT. 913,916 (1962).

Defendant Dandy is subject to the proposed forum . Because of the Civil Right Violation(s) / Constitutional Rights by both the State of R.I. / The Woonsocket Police Dept.. & All of the injustice defendant Dandy has ingested by both since the age of 15 till 10/9/2004.

I have never seen this officer Smith before 10/9/04 he didn't give me the same opportunity as my wife was given 30 days prior. Officer Smith claims he was there before but I never seen him before . He Smith never read me my rights neither did the other two Officers who arrested me . Officer Smith did not investigate the scene . I was under arrest as soon as he walked in the apt. .

Venue is proper in Federal Ct. under 28 U.S.C. §1404(a), §1406(a) Change of Venue (a) , Cure or Waiver of defect(a) both state "In the interest of Justice". See Pages 2,3,4,5, of Notice of Removal .

The transfer is in the interest of justice . Goldlawr, 369 U.S. at 467, 82 S.CT. at 916.

## CONCLUSION

The Court should transfer the suit to the United States District Ct. in the Interest of Justice .

28 U.S.C. §1404 (a) (motion to transfer venue). SEE Silva v. Encyclopedia Britannica Inc., 239 F.3d 385 n.3 (1st Cir.2001).

VENUE is appropriate in any forum where a substantial part of the events giving rise to the plaintiffs claim occurred . 28 U.S.C. §1391(a)(2); First of Mich. Corp. v. Bramlet, 141 F. 3d 260, 263(6thCir. 1998) . The court is not required to determind the "BEST" venue; it must only determine whether a substanial part of the activities took place in the venue selected

. Setco Enters. Corp. v. Robbins, 19F.3d 1278,1281 (8th Cir.1994) ; Bates v. C&S Adjusters, Inc., 980 F.2d 865,867(2d Cir.1992).

UNITED STATES DISTRICT COURT FOR
THE FIRST DISTRICT OF RHODE ISLAND

STATE OF R.I. ,
WOONSOCKET POLICE DEPT.,
KATERINA MICHALOPOULOS DANDY,
PLAINTIFF'S

CA: 05-037T
No.

VS

NOEL D. E. DANDY
DEFENDANT

DEFENDANT'S DEMAND FOR A JURY TRIAL

DEFENDANT , NOEL D. E. DANDY , asserts his rights under the Seventh Amendment to the U.S. Constitution & demands , in accord--ance with Federal Rule of Civil Procedure 38, 39, a trial by jury on all issues .

Noel D. E. Dandy
NOEL D. E. DANDY
DEFENDANT
P.O. BOX 1403 Woonsocket, R.I.
02895

3/9/05

C.A. NO. 05-037(T)

DECLARATION UNDER PENALTY OF PERJURY

STATE OF RHODE ISLAND §
PROVIDENCE, COUNTY §

"I declare/certify/verify/state under the penalty of perjury that the foregoing is true & Correct ."

EXECUTED on ~~JANUARY~~ feb. 9 , 2005.

Signature of Declarant

Noel D. E. Dandy
Woonsocket, R.I. 02895
P.O.BOX 1403 (401) 765-8694