United States District Court
for the District of Rhode Island

State of R.I.

Ca. No. 05-037T

vs

Noel D.E. Dandy
Defendant

Judge Torres

I have been granted Informa Pauperis and my Financial Affidavit accepted by Judge D.L. Martin in Jan. 05. If you wish I can amend the application Because I now pay Rent, gas, Electric. I am unable to afford Copies and I wish to use the United States Court for copies and other Services if my request's are granted. I can even afford a ribbon for my Typewriter. Nor can I afford stamps for service - I'm unabled to afford Counsil.

Thank you

Noel D.E. Dandy

P.O. Box 1403 Woonsocket, RI 02895
(401) 765-8694

3-9-05



7

UNITED STATES DISTRICT COURT FOR THE
FIRST DISTRICT OF RHODE ISLAND

CA. NO. 05-037 T

State of R.I. ,
Woonsocket Police Dept.,
Katerina Michalopoulos Dandy,
Plaintiff's

vs

Noel D. E. Dandy
Defendant/Plaintiff
Counterclaim/Countersuit
FRCP 13 & 14
vs

DEFENDANT'S

State of R.I. , Superior Court,
6th District Court , A.C.I./A.T. Wall,
Woonsocket Police Department,
P.O.F. Department Manager of Social Sec.
Office agent/officer of the United States ,
Atty. General's Office , City of Woonsocket
School Dept (Margaret Tincknell Principal,
Jane Gaberiele) of Bernon Heights School,
Public Defenders Office , Sue Jardin ,
Dan Ciora , Katerina Michalopoulos Dandy,
Progressive Ins. Company ,

DEMAND FOR JURY Trial FRCP 38,39, 7th Amend--ment , Grand Jury ,Petit Jury 28 U.S.C §1861 .

MOTION FOR CLASS CERTIFICATION FRCP/23

FRCP 45 SUBPOENA's 28 U.C.S. §1785

FREEDOM OF INFORMATION ACT, & EXPERTS & ALL FRCP , FRAP, LOCAL RULES , STATUTES, FRE , that apply to this case .

PROCEEDING INFORMA PAUPERIS 28 U.S.C. §1915 (a)(e)(1)

(ADA) DISABILITES ACT 42 U.S.C. §§12102, §12111 (8).

ORDER OF PROTECTION (LR) 42, FRCP 26(c)
Motion for court services without cost: copies, services, Affidavit for Atty,
PHYSICAL & MENTAL EXAMS OF PERSONS FRCP 35.

REQUEST FOR PRODUCTION OF DOCUMENTS FRCP 34.

DISCOVERY FRCP 26-37, 45 .

DEFENDANT'S CLAIMS -COUNTER, CROSS, FRCP 13, 14.
SERIES OF TRANS--ACTIONS , OCCURRENCE's.

DAMAGES FOR UNJUST CONVICTION & IMPRISONMENT/28 U.S.C. §1495.

JURISDICTION

The Defendant/Plaintiff Noel D. E. Dandy believes he is entitled to Freedom of Speech , and the Right to petition the U.S. Government for the Redress of a Grievances under the U.S. Constitution [ARTICLE I] (1789).

COMPLAINT

KATERINA MICHALOPOULOS DANDY

Jurisdiction is alleged under [ARTICLE I] (1789), ART.III CONTROVERSY ,28 USC §1343, 42 USC §§§1981,1982,1988 of the U.S. Constitution. VIII (1789), defaming , False[2] 911 Call malicious prosecution

1). On 10-9-04 after 2:am Katerina Michalopoulos Dandy made false claim to the Woonsocket Police Dept. 911 operator , stating a claim of assault which was Cruel & Unusual .

A Demand for Judgment for which the Relief he seeks: 5,000 per year for 5 years . And she agrees to testify on my behalf if declines the 5 years go to 10 years equaling 50,000 . My name back.

WOONSOCKET POLICE OFFICER SMITH

Jurisdiction is alleged under [ARTICLE I] (1789), Art. III CONTRO -VERSY , 28 USC §§§1343, 1357, 1443, 42USC §§§1981,1982,1988 Of the U.S. Constitution . (V,VI,VIII,1789), XIII(1865),XIV(1868) DISCRIMINATION , MAKING A FALSE ARREST & REPORT, CIVIL RIGHTS.

2).ON 10/9/04 Officer Smith charge Noel D. E. Dandy with Domestic Assault & Battery without evidence of the crime , then he re-injured my back by forcing my hands behind my back ,

3). He failed to investigate the scene , because of this I was sent to the ACI for 4 days which was cruel & unusual .

A Demand for judgment for which the Relief he seek : 1.4 Million dollars . No Contact with Noel D. E. Dandy .

STATE OF R.I SUPERIOR & DISTRICT COURT

Jurisdiction is alleged under [ARTICLE 1] (1789) , Article III . violation of [ARTICLE V.] (1789), VI(1789), VII(1789), VIII(1789) IX(1789), X(1789), XII(1865), XIV(1868) 42 U.S.C. §1981, §1983, §1988 , RACIAL DISCRIMINATION, 28 U.S.C. §1443 , §1343. DECEIT,

4). On 11-22-04 the District Ct. Judge denied me a jury trial .

5). Noel was denied due process , and the equal right to a jury trial , and would never agree to a single judge in R.I. to hear any case what so ever because of past denial of due process .

6). Superior Ct. has denied Noel an appeal to Superior Ct. & he has a letter stating to return to Ct. Room 5g of the 6th District on Feb. 2, 2005 or he will be arrested .

7). Dandy received a judgment based on the police report & was found not guilty of Domestic assault & battery , but the Judge failed to acquit me & charged me with a charge that I wasn't even charged with .

8). Noel states these 2 Courts are acting together to deny me the freedom of speech , & my constitutional right to confront the person's who have accused me of this crime & finds this rather cruel & unusual .

9). Noel also states this is the very same court that denied him due process when he was there for his personal injury , & police harassment , civil rights which was also Unusual & Cruel .

A Demand for which the relief he seeks : 1.4 Million & Noel D. E. Dandy is to be excused from these State Courts Forever.

PUBLIC DEFENDERS OFFICE SUE JARDIN ,
DANIEL E. CIORA ,

Jurisdiction is alleged under [ARTICLE 1] (1789), ARTICLE III, Noel state Controversy . Violation of [ARTICLE V.](1789), [ARTICLE VI.](1789), [ARTICLE VII](1789), [ARTICLE VIII](1789), [ARTICLE IX](1789), [ARTICLE XIII.] (1865), [ARTICLE XIV.] (1868) , 42 U.S.C. §1981 , 42 U.S.C. §1983, 42 U.S.C. §1988. , 28 U.S.C. §1343 , §1443 . Legal Mal-Practice , Deceit , DISCRIMINATION

10). On 11-22-04 Sue Jardin denied me the right to a jury trial & failed in representing me .

11). On the above date she encouraged me to take 1 years proba--tion & Domestic Assault Classes for 1 year , I declined & she stated I could represent myself.

12). She also failed to obtain the very important 911 tape which can acquit me & also - denial of due process which is Unusual.

13). She then called the head of the Public Defender Office who was much more helpful to me & gave me comfort & consoled me & told me what to say .

14). He also informed I would be taken care of on the appeal & not to worry the judge made an error & I would be acquitted I'm being denied that option as well .

A demand for which the relief plaintiff seeks : 1.4 Million dollars , sanctions , suspension for 1 year ,

DANIEL E. CIORA ASST. PUBLIC DEFENDER

Jurisdiction is alleged under [ARTICLE 1] (1789), [ARTICLE III] , CONTROVERSY . Violations of [ARTICLE V.] (1789) [ARTICLE VI.] [ARTICLE VII.] (1789), [ARTICLE IX.](1789), [ARTICLE XIII](1865), [ARTICLE XIV.] (1868), Legal Mal-Practice , Deceit, 28 U.S.C. §1343, §1443, FRAUD , 42 U.S.C. §1981, §1983, §1988 ,

15). On 12-13-04 I received a message from Atty. Daniel E. Ciora on 12-14-04 I returned his call & he Informed me that he may be able to get the charges against me dismissed which is unusual because I requested a Jury trial .

16). On 12-14-04 Atty. Coira informed me that I have a pre-trial on Feb. 2, 2005 in Ct. room 5g, Fifth Flr. at the Garrahy Judicial Complex for a appeal & that the 5g was a Superior Ct. I find that Unusual because S. CT. is - on 250 Benefit St. .

17). On Dec. 24th 2004 I received a letter from the Office of the Public defender stating I must appear on 2/2/05 or I will be arrested .

18). The letter also contained false phone numbers which I took as him being deceitful & I was also informed I plead nolo False.

19). I tried to complain to the head of the Public Defenders office but I was denied that option .

20). Atty. Coria is denying me a Jury trial , & he as also inform -ed me If I didn't agree I would be representing myself .

21). On 1/14/05 Atty. Coira sends notice , that my next CT. date is on 2-2-05 at one Dorrance Plaza which is Unusual because I already appealed to Superior Ct..

22). Atty. Coira is denying me due process , & the equal right that whites are given .

23). ATTY. COIRA is Stressing me & I already have Renal Failure.

A demand for Judgment for which the relief sought : 1.4 Million barred from practice in R.I. , sanctions ,

PATRICK LYNCH ATTY. GENERALS OFFICE

Jurisdiction is alleged under [ARTICLE 1](1789), [ARTICLE III] Noel states CONTROVERSY , FRAUD, Violations of 42 U.S.C. §1981, §1983, §1988 , [ARTICLE V.](1789) , [ARTICLE VI.] (1789), CONSPIRACY [ARTICLE VII] (1789), [ARTICLE IX.] (1789), ARTICLE XIII(1865), [ARTICLE XIV.] (1868) , FRAUD , Slander , LIBEL , DEFAMATION, DEFAMING , Discrimination , Racial Discrimination , 28 U.S.C.§1343, 28 U.S.C.§1443

24). On Oct. 18. 2004 I received a B.C.I. report stating that I was charged with ARM ROBBERY & FOUND GUILTY & Given One years probation which is unusual because I have never been charged with Arm Robbery .

25). It also states I have a FBI Number 888604LA8 which is Cruel & Unusual because I have never had any dealing with the FBI.

26). I believe this has been going on since 1995 I been denied Apartments because of these false statements .

27). Noel wish's to confront the persons who made these false allegations against him .

A Demand for judgment for which the the relief sought : 1.4 Million per year , a Full retraction in the News & Papers & No further contact with Noel D. E. Dandy & they turn over the name of the Woonsocket Police Officers who provided this information.

A.C.I.

Jurisdiction is alleged under [ARTICLE I.](1789), [ARTICLE III.] CONTROVERSY , 28 U.S.C. §1443,§1343 of the U.S. Constitution. VIII, 42 U.S.C. §1981 , 42 U.S.C. §1983 , 42 U.S.C. §1988.

28). On 10-9-04 the staff denied Noel his Medication , a shower , for 4 days , he was up every night & in pain I found that to be Unusual because Drug Addicts were getting meds , but I was denied that equal right .

A Demand for judgment for which the relief sought: 1.4 Million dollars .

WOONSOCKET POLICE DEPT.

Jurisdiction is alleged [ARTICLE I](1789), [ARTICLE III] , Noel states CONTROVERSY, 28 U.S.C. §1343, §1443, of the United States Constitution . DISCRIMINATION , RACIAL DISCRIMINATION, PERSONAL INJURY, HARASSMENT , CIVIL RIGHTS , ATTEMPTED MURDER, CONSPIRACY , 28 U.S.C. §1357, RACIAL PROFILING , OPPRESSION , SLANDER, DEFAMING , LIBEL , RACISM , & VIOLATIONS OF 42 U.S.C. §1981, §1983, §1988, §1982 , FRAUD , FILING FALSE CHARGES WITH THE ATTY. GENERALS OFFICE, [ARTICLE V.](1789), [ARTICLE VI.](1789) ,[ARTICLE VII] (1789) [VIII, IX, (1789)], XIII (1865),XIV(1868).

29). On 1-19-05 the Woonsocket Police provided false Information . Simple Assault or Battery , Arm Robbery , which is Unusual & Cruel because the Woonsocket Police Dept. has never charged Noel with neither offense .

30). As a minor the Woonsocket Police made threats & Oppressed him for years & attempted to charge him with rape for dating a white girl & denied him life, & Liberties ,which left him disabled.

31). On 12-2-94 Woonsocket Officer Boisvert denied Noel equal rights to medical help, because he is of color & That's Attempted Murder.

32). The Woonsocket Police Department has denied Noel the life & Liberties & due process which are given to whites & he finds that to be Cruel & Unusual .

A demand for judgment for which the relief sought : 20 Million Dollars . And no contact ever with Noel Dandy,jail time for those found guilty .

SOCIAL SECURITY ADMINISTRATION

Jurisdiction is alleged under [ARTICLE I](1789), [ARTICLE III] CONTROVERSY , 28 U.S.C. §1343,§1443 , 28 U.S.C §1346, §1361, §1442, §1449 of the U.S. Constitution . [ARTICLE V](1789), [ARTICLE VI.](1789), [ARTICLE VII.](1789), [ARTICLE VIII.] (1789) [ARTICLE IX.](1789), [ARTICLE XIII.](1865), [ARTICLE XIV.](1868), 42 U.S.C. §1981, §1982, §1983, §1988 , DISCRIMINATION , FAILURE to Exercise Due Care , Attempted Murder , FRAUD , CONSPIRACY,

33). On Sept. 6, 2003 P.O.F. Department Manager of the S.S.A. sent me a 5 page Fraudulent Statement for Determining Continuing Eligibility for S.S.I. payments thru U.S. mail I believe this was Cruel & Unusual .

34). It came with a yellow memo card stating (Please sign & return No checks until Returned ).

35). It contains untruthful information & blackmail which involve The State of R.I. , an Insurance Company , & Medicaid , & that Ins. Co. are available to pay for my medical care .

36). It also state my wife is Blind or Disabled which is Unusual because she is neither if fact she is a manager at Chelos .

37). My checks were stopped for 1 year & no medical coverage for 1 year he has refused to refund my money & my cost for med--ical care totaling over 2,000 dollars .

A demand for judgment for which the relief sought : 1.4 Million Dollars & he be removed from office & punished with jail time.

UNITED STATES OF AMERICA / WOONSOCKET HOUSING AUTHY.

Jurisdiction is alleged under [ARTICLE I] (1789) , CONTROVERSY [ARTICLE III] , 28 U.S.C. §§§1343, §1346, §1357, §1361, §1402, of the U.S. Constitution . Violations of FAILURE TO EXERCISE DUE CARE , ATTEMPTED MURDER , [ARTICLE VIII.](1789), [ARTICLE IX.](1789) ,[ARTICLE XIII.] (1865) , [ARTICLE XIV.] (1868), CIVIL RIGHTS, 42 U.S.C. §§§1981, §1983, §1988, CONSPIRACY, [ARTICLE V.](1789) , [ARTICLE VII.](1789), [ARTICLE VIII](1789),

38). On 12-2-94 Noel D. E. Dandy was injured within 50 ft. from his Apartment which he rented from the Woonsocket Housing Authy. .

39). The Property was Federally owned , & Operated by the W.H.A..

40). Noel received Injuries to his BRAIN , NECK , & SPINE & MIND .

41). The United State of America knew , known , or should have known that Noel was injured on their property & should have exercised due care .

42). The U.S.A. & W.H.A. have denied Noel the equal right to due process, the right to a jury trial , & a right to compensa--tion by failing to exercise due care , which also lead to the destruction of liberties, & his Life & Rights & Family .

43). Noel states the denial of exercising due care was very Cruel & Unusual act by the Woonsocket Housing Authy. & the U.S.A. .

44). Noel Is unable to afford an Attorney , a place to live , because he is disabled .

45). The United State has failed to provide a service to fight this type of behavior .

A demand for which the relief sought : 20 Million dollars , proper medical care for the rest of my life , the guilty punished , a law so this never happens again , a lawyer , due process, to be free of depression , & to be reunited with my entire family & a trial , & a Camera in the Court Room so everyone can witness what has happened to me & a Brain Surgeon , & to be free of pain , & to be excused from State Court forever, an Expert in Renal Failure , Experts in the spine , & Eyes .

PROGRESSIVE INSURANCE COMPANY

Jurisdiction is alleged under [ARTICLE I](1789),[ARTICLE III.] CONTROVERSY OF THE U.S. CONSTITUTION . FAILURE TO EXERCISE DUE CARE , ATTEMPTED MURDER ,[ARTICLE VII.] (1789), [ARTICLE VIII.] (1789), [ARTICLE IX.] (1789), XIII. (1789), XIV(1868), DISCRIMINATION , RACIAL DISCRIMINATION , CIVIL RIGHTS ,CONSPIRACY , RACISM, 42 U.S.C. §§§1981,§1982,§1983,§1988 , FAILURE TO PAY FOR PROPERTY DAMAGE , & INSURANCE RENTALS ,FRAUD ,

46). On 12-2-94 Progressive Ins. Co. gave me a claim No. & a phone no. to call if I needed anything .

47). This shortly after I was denied medical help by officer Of the Woonsocket Police Dept. Boisvert .

48). On the above date I sustained serious injuries to my brain, neck , & spine & Mind .

49). Progressive Insurance Company made an offer of 6,900 dollars which I rejected .

50). I have had many Phone call with Barbra Ira of the Ins. Co. Progressive .

51). Progressive Ins. Co. knew , Known , or should have known that I was injured .

52). In 1999 that offer was extended I rejected offer as well in exchange for a Jury trial .

53). Progressive Insurance Company had owed Noel a right to exercise due care which they declined .

A DEMAND FOR JUDGMENT FOR WHICH THE PLAINTIFF SEEKS : 100 Million in damages.

Damages

As a Direct Result of the defendant's negligence, Plaintiff suffered the following Injuries and Damages.

1, Physical Pain and mental anguish in the Past and future.

2, Damage to Earning Capacity.

3, Disfigurement in the past, present and future.

4, Physical Impairment in the past and future.

5. Medical Expenses in the past and future.

6. Loss of Consortium in the Past and future.

7. Loss of House Hold Services in the Past and future.

8. Brain Damage, Spinal Damage, Pain suffering.

9. failure to Exercise Due Care.

10. General Damages

11. Punitive Damages

12. Speacial Damages Loss of feeling in Body Part's (penis).

Payer of or for Relief

13. for these Reasons, Plaintiff ask for Judgment against these Defendants for the following:

14, Actual Damages
15, Prejudgment and post judgment interest.
16, All other Relief the Court Deems Appropriate.
17, Atty's fees

Certification

I Noel D.E. Oandy will mail a copy to all parties at their addressed By U.S. Mail.

Noel D.E. Oandy
P.O. Box 1403 woonsocket RI 02895
(401) 765-8694 Plaintiff.