UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND

v. CA No. 05-37-T

NOEL D. E. DANDY

**ORDER OF DISMISSAL**

On February 16, 2005, this Court issued an order for the plaintiff to show cause why this case should not be dismissed for failure to state a claim upon which relief may be granted because it appears that the plaintiff is seeking to remove a State Court criminal prosecution to this Court.

The plaintiff has filed a response to the show cause order in which he appears to allege that he was threatened and/or assaulted by state and/or local police officers. If true, those allegations might provide a basis for bringing a civil rights action in this Court pursuant to 42 U.S.C. § 1983 but they would not support removal of the pending criminal case to this Court.

Therefore, this case is hereby dismissed without prejudice to any right that Mr. Dandy may have to bring a civil action against the individuals in question.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 3/18, 2005

8